**HAINES LAW GROUP, APC**
Paul K. Haines (SBN 248226)
Email: phaines@haineslawgroup.com
Sean M. Blakely (SBN 264384)
sblakely@haineslawgroup.com
Joseph R. Holmes (SBN 312381)
Email: jholmes@haineslawgroup.com
2155 Campus Drive, Suite 180
El Segundo, California 90245
Tel: (424) 292-2350
Fax: (424) 292-2355

Attorneys for Plaintiff

Daniel F. Fears, State Bar No. 110573
dff@paynefears.com
Andrew K. Haeffele, State Bar No. 258992
akh@paynefears.com
Leilani L. Jones, State Bar No. 298896
llj@paynefears.com
**PAYNE & FEARS LLP**
4 park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH FREGOSO, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>GARFIELD BEACH CVS, L.L.C., a California Corporation; CVS PHARMACY, INC., a Rhode Island Corporation; and DOES 1 through 100,<br><br>Defendants. | CASE NO.: 2:21-cv-00627-SVW (RAOx)<br><br>**STIPULATION FOR DISMISSAL UNDER RULE 41(a)(1)(A)(ii) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>District Judge:   Hon. Stephen V. Wilson, Courtroom 10A, First Street<br><br>Magistrate Judge:   Hon. Rozella A. Oliver, Courtroom 590, Roybal<br><br>Complaint filed:  December 11, 2020<br>Trial date:   August 10, 2021 |

1

STIPULATION FOR DISMISSAL UNDER F.R.C.P. 41(a)(1)(A)(ii)

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Elizabeth Fregoso ("Plaintiff") and Defendants Garfield Beach CVS, L.L.C. and CVS Pharmacy, Inc. (collectively, "Defendants") ("Plaintiff" and "Defendants" are collectively referred to herein as the "Parties"), through their respective undersigned counsel of record, hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned Action be dismissed in its entirety, with Plaintiff's First, Third, Fourth, and Fifth causes of action dismissed with prejudice, and Plaintiff's Second, Sixth, and Seventh causes of action dismissed without prejudice.

**IT IS SO STIPULATED.**

Dated: June 29, 2021

Respectfully submitted,

**HAINES LAW GROUP, APC**

By:   __/s/_Sean M. Blakely_____
Paul K. Haines
Sean M. Blakely
Attorneys for Plaintiff

Dated: June 29, 2021

**PAYNE & FEARS LLP**

By:   __/s/_Leilani L. Jones_____
Andrew K. Haeffele
Leilani L. Jones
Attorneys for Defendants

**Attestation of Signatures**

  I, Sean M. Blakely, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  June 29, 2021      HAINES LAW GROUP, APC

              __/s/ Sean M. Blakely_____
              Sean M. Blakely
              Attorneys for Plaintiff

---

3

STIPULATION FOR DISMISSAL UNDER F.R.C.P. 41(a)(1)(A)(ii)